## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RICKIE SLAUGHTER,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:16-cv-01976-GMN-PAL

**ORDER**

    Petitioner, who is in custody at the Ely State Prison, has filed an application to proceed in forma pauperis and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed this action in the unofficial southern division of the court, but he is proceeding pro se and he is incarcerated in the unofficial northern division of the court.  Under Local Rule LR IA 1-8, a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

///
///
///
///
///
///
///
///

1    IT IS THEREFORE ORDERED that the above-entitled action is hereby transferred to the
2 unofficial northern division of this court for all further proceedings.  The clerk of the court shall
3 transfer and reopen this matter as a new action under a new docket number in the northern division
4 and the present action under the present docket number shall be closed, without prejudice to
5 petitioner regarding any federal limitation period and filing fee.
6    DATED:  December 9, 2016

                                        _____
                                        Gloria M. Navarro, Chief Judge
                                        United States District Court